Company, Defendant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Zipporah R. Clark, Respondent, v. Henry V. McNeal and others, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Smith Reynolds, Respondent, v. Walter Sutton, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

The Board of Education, etc., Respondent, v. Henry C. Mapes and another, Appellants. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Matter of Abigal Hall's Estate.— Order affirmed, with costs. Opinion by Pratt, J.

Mauritz Anker, Appellant, v. Welcome B. Darling, Respondent. — Order changing place of trial reversed, with costs and disbursements, and motion denied, with ten dollars costs to abide event. Opinion by Barnard, P. J.

Louise Zimmerman, as Executrix, etc., v. Emil Dieckerhoff and others. — Order reversed, without costs, and case placed on circuit calendar. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Village of Walden v. Wallkill Valley Railroad Company. — Order affirmed, with costs. Opinion by Barnard, P. J.

Isaac N. Swasey, Appellant, v. Mary A. Berger, Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Emma J. Raub, Appellant, v. The New York Life Insurance Company, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Catharine S. Horton, Respondent, v. Marie L Carhart, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting,

Benjamin E. Valentine, Respondent, v. The Myers' Sanitary Depot, Appellant. — Judgment modified by deducting $100, with interest, from May 30, 1886, and as modified affirmed, without costs of appeal to either party. Opinion by Barnard, P. J.

George E. Fueschsel, Respondent, v. Anna Bellesheim and others, Appellants. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

James E. Nichols and others, Appellants, v. Andrew J. Lyons and others, Respondents. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

In the Matter of the Judicial Settlement of James Thompson's Executors. — Decree reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Pratt, J., dissenting.

Frederic Ehalt, Appellant, v. William Marshall and others, Respondents. — Exceptions overruled and judgment for defendant upon the verdict. Opinion by Dykman, J.; Pratt, J., not sitting.

William R. Cornell, Plaintiff, v. Frederic M. Cornell, Defendant. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., dissenting.

Matter of Application of James Eckerson. — Judgment modified by striking out the award of costs against appellants, and otherwise granted, without costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Emma L. Terwilliger, Appellant, v. The Supreme Counsel of the Royal Arcanum, Respondent. — Order granting new trial reversed, and judgment for plaintiff upon the verdict. Opinion by Dykman, J.

China Mutual Insurance Company, Respondent, v. William Wallace and another, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Silas J. McGinness, Respondent, v. Myron H. Oppenheim and another, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Elizabeth M. Aldridge, Respondent, v. Frederic Aldridge, Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

George E. Nash, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J. ; Dykman, J. dissenting.

Noyes G. Palmer, Respondent, v. The Cypress Hill Cemetery, Appellant. — Judgment affirmed with costs. Opinion by Barnard, P. J.

John P. Wilson, Respondent, v. Frank E. Wilson, Appellant. — Order granting new trial reversed with costs and disbursements, and motion denied. Opinion by Dykman, J.; Barnard, P. J., dissenting.

Matter of judicial settlement of Caroline P. T. Crawford and others, Executors. — Part of the order appealed from by the executors reversed, and judgment modified by allowing commissions as executor and trustee. Part of decree appealed from by parties filing objection to the accounts affirmed with costs. Opinion by Barnard, P. J. ; Pratt, J., writing opinion for modification as to gift of the bonds.

William O. Poole, Respondent, v. Thomas F. Hayes, Appellant —Judgment and order denying new trial reversed and new trial ordered, costs to abide event. Opinion by Dykman, J.

Michael Roach, Appellant, v. The Jackson Architectural Iron Works, Respondent. — Exceptions overruled and judgment for defendant. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Jacob I. Houseman, Respondent, v. William H. J. Bodine and others, Appellants. — Judgment affirmed with costs. Opinion by Pratt, J.

Minna C. Samuels, Respondent, v. Alexander R. Samuels, Appellant. — Judgment affirmed with costs. Opinion by Barnard, P. J.

Henry A. Vanderbeck, Respondent, v. William Taylor and others, Executors, etc., Appellants. — Order confirming report and judgment thereon affirmed, with costs. Opinion by Pratt, J.

James B. Silkman, Appellant, v. Darius G. Crosby, Respondent. — Order granting new trial reversed, with costs. Opinion by Barnard P. J., and Pratt, J.; Dykman, J., dissenting.

The Poughkeepsie Bridge Company, Respondent, v. Robert Sanford, Appellant. — Order appointing commissioner affirmed, with costs. Opinion by Dykman, J. ; Barnard, P. J., not sitting.

Jacob Haag and another, Respondents, v. Charles Hillemeier, appellant. — Judgment affirmed, with costs.. Opinion by Barnard, P. J.: Dykman, J., not sitting.

James E. Outwater, Respondent, v. Jeremiah Moore, Appellant.— Judgment modified by ordering the dam lowered ten inches. without costs of appeal and without costs of the action. Opinion by Pratt, J. ; Barnard, P. J., not sitting.

Henry C. Henderson v. The Commercial Advertiser Association. — Motion granted.

The People of the State of New York, Respondent, v. Bernard Bischoff, Appellant.

Same v. Frederic Allers, Appellant. — Judgment reversed. Opinion by Dykman, J.; Pratt, J., dissenting.

Leopold Rose, Respondent. v. Isaac Stern and others, Appellants.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

John T. Kelly and another, Respondents, v. Francis H. Leggett and others, Appellants.— Judgment affirmed, with costs. Opinion by Barnard. P. J.

Matthew Marx, Appellant, v. Elizabeth McCloud,